COZAD CARPET CENTER, INC., A NEBRASKA CORPORATION, APPELLEE, v. FAY MALOLEY, APPELLANT.

331 N.W.2d 547

Filed April 1, 1983. No. 82-665.

Nye, Hervert, Jorgensen & Watson, P.C., for appellant.

Claude E. Berreckman, P.C., for appellee.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The court, having reviewed the record, finds no error. The judgment of the trial court is, in all respects, affirmed.

AFFIRMED.